

FILED
11/2/2021 CM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MARQUEZ ROBINSON, aka "Lil Smoke" and RASHAD MOSLEY, aka "Rara"

No. **1:21-CR-00676**

Violation: Title 21, United States Code, Section 841(a)(1)

**JUDGE CHANG**
**MAGISTRATE JUDGE FINNEGAN**

<u>**COUNT ONE**</u>

The SPECIAL MAY 2021 GRAND JURY charges:

On or about July 23, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

MARQUEZ ROBINSON, aka "Lil Smoke,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

1

## COUNT TWO

The SPECIAL MAY 2021 GRAND JURY further charges:

On or about August 5, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

MARQUEZ ROBINSON, aka "Lil Smoke,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The SPECIAL MAY 2021 GRAND JURY further charges:

On or about August 18, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

MARQUEZ ROBINSON, aka "Lil Smoke,"
and RASHAD MOSLEY, aka "Rara,"

defendants herein, did knowingly and intentionally distribute a controlled substance, namely a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 2.

A TRUE BILL:

_____
FOREPERSON

_____
Scott M. Edenfield on behalf of the
UNITED STATES ATTORNEY

3